944

No. 72–1424. VOWELL, COMMISSIONER OF PUBLIC WELFARE OF TEXAS *v.* RODRIGUEZ ET AL. C. A. 5th Cir. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 72–1426. NANES *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. 

No. 71–1178. GULF STATES UTILITIES CO. *v.* FEDERAL POWER COMMISSION ET AL., 411 U. S. 747;

No. 72–1086. DELONG CORP. ET AL. *v.* OREGON, BY AND THROUGH STATE HIGHWAY COMMISSION, 411 U. S. 965;

No. 72–1281. ESSEX, ADMINISTRATRIX *v.* WALTERS, COMMISSIONER OF INTERNAL REVENUE, ET AL., *ante,* p. 919;

No. 72–5572. GAY *v.* UNITED STATES, 411 U. S. 974;

No. 72–6211. LUCAS *v.* WYOMING ET AL., 411 U. S. 983;

No. 72–6374. RANDO *v.* ESTELLE, CORRECTIONS DIRECTOR, 411 U. S. 972;

No. 72–6410. WALTERS *v.* WALTERS, COMMISSIONER OF INTERNAL REVENUE, 411 U. S. 985;

No. 72–6452. MORRIS *v.* SPARROW ET AL., 411 U. S. 985; and

No. 72–6496. GERMAN *v.* FLORIDA ET AL., *ante,* p. 908. Petitions for rehearing denied.

No. 71–6423. HOUSE *v.* HOUSE, 409 U. S. 812; and

No. 72–1084. GROSSMAN *v.* KAVANAGH, CHIEF JUSTICE, SUPREME COURT OF MICHIGAN, 411 U. S. 914. Motions for leave to file petitions for rehearing denied.